Todd Krakower, Esq.
Krakower DiChiara LLC
77 Market Street, Suite 2
Park Ridge, NJ 07656
Telephone: 201-746-6333
Fax: 347-765-1600
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------x

**EDGAR MENDOZA,**

                **Plaintiff,**

    -against-

**MICHAEL ROBERTS CLASSIC BODY WORKS, INC. and MICHAEL ROBERTS, Individually,**

                **Defendants.**
-----------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Civil Action No. 17-cv-1768-KM-MAH

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(I)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff EDGAR MENDOZA and his counsel hereby give notice that the above-captioned matter is voluntarily dismissed, **without prejudice** against the defendants.

Dated: September 22, 2017

                _s/ Todd Krakower_____
                Todd J. Krakower
                KRAKOWER DICHIARA LLC
                77 Market Street, Suite 2
                Park Ridge, New Jersey 07656
                (201) 746-6333